IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00235-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELIAS RODRIGUEZ-MARTINEZ,

    Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter has been scheduled for a **two-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **July 31, 2013 at 9:00 a.m.** It is

    ORDERED THAT all pretrial motions shall be filed by **June 25, 2013** and responses to these motions shall be filed by **July 5, 2013**. It is further

    ORDERED that a Trial Preparation Conference is set for **July 22, 2013 at 2:00 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED: June 13, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge