IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00235-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELIAS RODRIGUEZ-MARTINEZ,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING**
_____

    Pursuant to the Notice of Disposition and Motion for Immediate Sentencing filed on June 14, 2013 (Docket No. 16). A Change of Plea and Sentencing Hearing is set for **July 15, 2013**, at 10:00 a.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **July 22, 2013**, at 2:00 pm and the **two-day** jury trial scheduled for **July 31, 2013**, at 9:00 a.m. are VACATED.

DATED: June 18, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge