# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00235-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELIAS RODRIGUEZ-MARTINEZ,

    Defendant.

---

## ORDER

---

    PURSUANT to and in accordance with the Change of Plea and Immediate Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on July 15, 2013, it is hereby

    ORDERED that Defendant Elias Rodriguez-Martinez is sentenced to **TIME SERVED.**

    Dated:  July 15, 2013.

                                  BY THE COURT:

                                  s/ Raymond P. Moore
                                  RAYMOND P. MOORE,
                                  UNITED STATES DISTRICT JUDGE